STATE of Missouri, Respondent,

v.

James Lee McTYE, Appellant.

No. WD 52940.

Missouri Court of Appeals,
Western District.

April 22, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 27, 1997.

Application to Transfer Denied
Aug. 19, 1997.

John Munson Morris, Attorney General's Office, Jefferson City, for Respondent.

Kent Denzel, Public Defender's Office, Columbia, for Appellant.

Before HANNA, P.J., and ELLIS and EDWIN H. SMITH, JJ.

**ORDER**

PER CURIAM.

Appellant appeals the judgment of his convictions and sentences for assault in the second degree, § 565.060, and armed criminal action, § 571.015.

Judgment affirmed. Rule 30.25(b).

In re SEIZED PROPERTY DESCRIBED
AS $5,452.00 IN CASH.

No. 71195

Missouri Court of Appeals,
Eastern District,
Division One.

April 22, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 3, 1997.

Application to Transfer Denied
Aug. 19, 1997.

Scott Fetterhoff, Lichtenegger, Weiss, Hahn & Fetterhoff, L.L.C., Jackson, for appellant.

H. Morley Swingle, Prosecuting Attorney, Jackson, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Brenda Thiele, appeals from the judgment of the trial court granting the state's petition to transfer over $5,400 seized from her to a federal agency for federal forfeiture. We affirm. The judgment of the circuit court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. Rule 84.16(b).